COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Vanessa Marie Van-Ness v. The State of Texas

Appellate case number:    01-13-00607-CR

Trial court case number:    11CR1523

Trial court:                      405th District Court of Galveston County

This case was abated and remanded to the trial court on August 21, 2014. In the abatement order, we directed the trial court to determine whether appellant wished to pursue the appeal, and if so, whether or not appellant's counsel, James M. Bennett, intended to abandon the appeal. The trial court held a hearing on our abatement order on September 4, 2014. The court reporter has filed a reporter's record of the hearing. The district clerk has filed a supplemental clerk's record containing the trial court's findings and recommendations, stating that appellant wishes to prosecute the appeal, and appellant's counsel has not abandoned the appeal, has been paid for the appeal, and will file appellant's brief by October 4, 2014. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than October 4, 2014. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                    ☑ Acting individually    ☐ Acting for the Court


Date:  September 22, 2014